UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
OCT 16 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:24CR546 MTS/SRW |
| ) | |
| LEPOLEON TURNER, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES OF AMERICA'S
### MOTION FOR PRETRIAL DETENTION OF
### <u>DEFENDANT LEPOLEON TURNER</u>

The United States of America, by and through its Attorneys, Sayler Fleming, United States Attorney for the Eastern District of Missouri, and Ricardo M. Dixon, Assistant United States Attorney for the District, moves the Court to order Defendant detained pending trial and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is currently charged with two counts of being a Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1) and possessing firearms in furtherance of a drug trafficking crime in violation of Title 18, United States Code, Section 924(c)(1)(A). Defendant is also charged with distributing and possessing with the intent to distribute controlled substance in violation of Title 21, United States Code, Section 841(b)(1)(C).

2. Pursuant to Title 18, United States Code, Section 3142(g)(2), the weight of the evidence involves a prohibited person, Defendant, knowingly possessing a firearm, and illegal narcotics within the Eastern District of Missouri.

3.      Pursuant to Title 18, United States Code, Section 3142(g)(3), the history and characteristics of Defendant's criminal history supports that he remains a danger to the community.

4.      Pursuant to Title 18, United States Code, Section 3142(g)(4), the nature and seriousness of the danger to any person or the community that would be posed by Defendant's release warrant Defendant's detention pending trial. The evidence against Defendant is strong. Defendant faces a lengthy period of confinement should he be convicted of the charged offenses and the United States believes that the least restrictive sanctions will not protect the public from Defendant's behavior. Thus, Defendant should be detained pending trial in light of his inability to engage in lawful conduct, and the threat that he presents to people residing throughout the Eastern District of Missouri.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER FLEMING
United States Attorney
*s/   Ricardo   M.   Dixon*
RICARDO M. DIXON, #70026 (MO)
Assistant United States Attorney